**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-01011-REB

THE UNITED STATES OF AMERICA,
THE STATE OF CALIFORNIA,
THE STATE OF CONNECTICUT,
THE STATE OF COLORADO,
THE STATE OF DELAWARE,
THE STATE OF FLORIDA,
THE STATE OF GEORGIA,
THE STATE OF HAWAII,
THE STATE OF ILLINOIS,
THE STATE OF INDIANA,
THE STATE OF LOUISIANA,
THE STATE OF MARYLAND,
THE COMMONWEALTH OF MASSACHUSETTS,
THE STATE OF MICHIGAN,
THE STATE OF MINNESOTA,
THE STATE OF MONTANA,
THE STATE OF NEVADA,
THE STATE OF NEW JERSEY,
THE STATE OF NEW MEXICO,
THE STATE OF NEW YORK,
THE STATE OF NORTH CAROLINA,
THE STATE OF OKLAHOMA,
THE STATE OF RHODE ISLAND,
THE STATE OF TENNESSEE,
THE STATE OF TEXAS,
THE COMMONWEALTH OF VIRGINIA,
THE STATE OF WASHINGTON,
THE STATE OF WISCONSIN, and
THE DISTRICT OF COLUMBIA,
*ex rel.* Deahona Maloy,

    Plaintiffs/Relator,

v.

ZYNEX, INC., and
ZYNEX MEDICAL, INC.,

    Defendants.

**ORDER GRANTING MOTION TO UNRESTRICT CASE AND
MAINTAIN LEVEL 2 RESTRICTION OF CERTAIN PLEADINGS**

**Blackburn, J.**

The matter before me is **The United States' Unopposed Motion To Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings** [#18],[1] filed April 3, 2015. Having reviewed the motion and the file, and being advised of the premises, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **The United States' Unopposed Motion To Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings** [#18], filed April 3, 2015, is granted;

2. That the clerk is directed to unrestrict this case;

3. That this Order and the following documents shall be unrestricted:

   a. **Realtor's Complaint Pursuant to the Federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, and Pendant State False Claims Acts** [#1], filed April 8, 2014;

   b. **The United States' Consent to Relators' Notice of Voluntary Dismissal Without Prejudice** [#17], filed April 3, 2015;

   c. **The United States' Unopposed Motion To Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings** [#18], filed April 3, 2015;

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

    4.  That any document filed in this case after the date of this order shall be unrestricted, absent proper motion filed in accordance with D.C.COLO.LCivR 7.2; and

    5.  That the restricted documents filed as docket numbers 8 (filed June 6, 2014) and 13 (filed December 11, 2014) shall remain at a Level 2 Restriction.

    Dated April 7, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge