**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-01011-REB

THE UNITED STATES OF AMERICA,
THE STATE OF CALIFORNIA,
THE STATE OF CONNECTICUT,
THE STATE OF COLORADO,
THE STATE OF DELAWARE,
THE STATE OF FLORIDA,
THE STATE OF GEORGIA,
THE STATE OF HAWAII,
THE STATE OF ILLINOIS,
THE STATE OF INDIANA,
THE STATE OF LOUISIANA,
THE STATE OF MARYLAND,
THE COMMONWEALTH OF MASSACHUSETTS,
THE STATE OF MICHIGAN,
THE STATE OF MINNESOTA,
THE STATE OF MONTANA,
THE STATE OF NEVADA,
THE STATE OF NEW JERSEY,
THE STATE OF NEW MEXICO,
THE STATE OF NEW YORK,
THE STATE OF NORTH CAROLINA,
THE STATE OF OKLAHOMA,
THE STATE OF RHODE ISLAND,
THE STATE OF TENNESSEE,
THE STATE OF TEXAS,
THE COMMONWEALTH OF VIRGINIA,
THE STATE OF WASHINGTON,
THE STATE OF WISCONSIN, and
THE DISTRICT OF COLUMBIA,
*ex rel.* Deahona Maloy,

     Plaintiffs/Relator,

v.

ZYNEX, INC., and
ZYNEX MEDICAL, INC.,

     Defendants.

## ORDER GRANTING RELATOR'S MOTION
## TO VOLUNTARILY DISMISS THE ACTION

**Blackburn, J.**

The matter is before me on the **Relator's Motion To Voluntarily Dismiss the Action** [#16],[1] filed *ex parte* on April 1, 2015.[2]  All prerequisites contemplated by 31 U.S.C. § 3703(b)(1) now have been met, and after careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Relator's Motion To Voluntarily Dismiss the Action** [#16], filed *ex parte* April 1, 2015, is granted; and

2.  That this action is dismissed without prejudice, with the parties to pay their own attorney fees and costs.

Dated April 7, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1]  "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2]  Although relator's motion was filed under restriction, I subsequently granted **The United States' Unopposed Motion To Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings** [#18], filed April 3, 2015, which, *inter alia*, unrestricts any document filed in the case subsequent to the date thereof.  (*See* **Order Granting The United States' Unopposed Motion To Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings** ¶ 4 at 3 [#19], filed April 7, 2015.)